# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MIDWESTERN TEAMSTERS HEALTH & WELFARE FUND,**

**Plaintiff,**

v.

**QUALITY READY MIX CONCRETE CO.,**

**Defendant.**  No. 07-CV-77-DRH

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

The Plaintiff, MIDWESTERN TEAMSTERS HEALTH & WELFARE FUND, by counsel, Britt W. Sowle, and the Defendant, QUALITY READY MIX CONCRETE CO., by counsel, Alan A. Satyr, have filed their Stipulation of Dismissal in the above-matter. Further, because a number of issues have not yet been resolved, although procedures are in place to do so, Defendant and Plaintiff specifically acknowledge that the United States District Court of the Southern District of Illinois shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement entered into between the parties pursuant to ***Kokkonen v. Guardian Life Insurance Company of American*, 114 S.Ct. 1673, 511 U.S. 375 (1994)** and made a part of this Order as Exhibit A.

The Court, being duly advised, finds that there is no just reason for

delay in ordering this cause of action dismissed without prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause of action be dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 8th day of April, 2008.

/s/     David R Herndon
**Chief Judge
United States District Court**